UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS P. BUSH,

       Plaintiff,                  Case No. 1:12-cv-336

v.                                      Honorable Paul L. Maloney

UNKNOWN HUTCHENSON et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE on grounds of immunity and failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   May 21, 2012                  /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge